### KURSHEEDT MFG. CO. v. NADAY et al.

#### SAME v. ADLER et al.

(Circuit Court of Appeals, Second Circuit. April 24, 1901.)

#### Nos. 116, 117.

COSTS—APPELLATE PROCEEDINGS—PRINTING BRIEF.
    Unless provided for by special rule, the cost of printing briefs on appeal will not be allowed as part of the taxable costs or disbursements.

Appeals from the Circuit Court of the United States for the Southern District of New York.

On motion to tax cost of printing brief.

For former opinions, see 103 Fed. 948, 107 Fed. 488.

Antonio Knaust, for appellants.
Benno Loewy, for appellees.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. The rule in this court for many years has been not to allow the sum paid for printing briefs or arguments as part of the taxable costs or disbursements, except when specially provided for by rule. In this respect the practice conforms to that of the supreme court.